COM.

v.

**VANCE, S.**

**261 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–51–CR–0003515–2009
(Philadelphia)

Affirmed

COM.

v.

**MILLER, C.**

**963 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–51–CR–0013822–2013
(Philadelphia)

Affirmed

COM.

v.

**MILLER, J.**

**1044 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–51–CR–0001551–2014 (Philadelphia)
Affirmed

COM.

v.

**WAKEEL, H.**

**1772 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–48–CR–0003579–2008 (Northampton)
Affirmed

COM.

v.

**DAVIDOWSKI, A.**

**2639 EDA 2016**

Superior Court of Pennsylvania.

06/09/2017

CP–15–CR–0003572–2015 (Chester)
Affirmed

